**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-6753**

———————————

In Re: IFEANYI ANYIM IKO,

Petitioner.

———————————

On Petition for Writ of Mandamus.  (CA-99-619-DKC)

———————————

Submitted:  September 9, 1999     Decided:  September 15, 1999

———————————

Before ERVIN, WILKINS, and HAMILTON, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Ifeanyi Anyim Iko, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ifeanyi A. Iko petitions this court for a writ of mandamus directing the district court for the District of Maryland to rule on his motion to proceed in forma pauperis on appeal. This court received notice that the district court denied this motion on July 21, 1999. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not significantly aid the decisional process.

<u>PETITION DENIED</u>